## Affidavit in Support of Criminal Complaint
## For Aroldo RODRIGUEZ-NAVARRO

Your Affiant, Special Agent Erin Huffines, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent employed by HSI and currently assigned to the office in Louisville, Kentucky. I have been employed as an HSI Special Agent since July 2007. I have attended the Federal Law Enforcement Training Center where training was conducted pertaining to numerous types of investigation, including those set out herein.

2. I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 115(c)(1), and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code 1326.

3. This affidavit is based upon my personal knowledge and information reported to me by other federal and local law enforcement officers as well as others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On March 10, 2025, officers with Immigration and Customs Enforcement (ICE) encountered and administratively arrested Aroldo RODRIGUEZ-NAVARRO in Jefferson County Kentucky.

5. I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed Aroldo RODRIGUEZ-NAVARRO was a Mexican citizen previously removed from the United States. RODRIGUEZ-NAVARRO was assigned alien registration number 087 511 437 in 2009, and his biometric data was a positive match for the following immigration history:

6. On June 23, 2009, ICE arrested RODRIGUEZ-NAVARRO in Atlanta, Georgia and served a Notice to Appear, Form I-862, in violation of Section 212(a)(6)(A)(i) of the Immigration and Nationality Act (INA). On July 30, 2009, an Immigration Judge ordered RODRIGUEZ-NAVARRO's removed. On August 25, 2009, ICE removed RODRIGUEZ-NAVARRO to Mexico.

On April 7, 2014, United States Border Patrol (USBP) agents arrested RODRIGUEZ-NAVARRO for illegally entering the United States near Eagle Pass, Texas, and served him with a Reinstatement of Prior Removal Order, Form I-871. On June 5, 2014, USBP removed RODRIGUEZ-NAVARRO to Mexico.

7. DHS database checks confirm RODRIGUEZ-NAVARRO was a positive match for the following criminal history:

> On April 10, 2014, RODRIGUEZ-NAVARRO was convicted in the United States Western District of Texas of Illegal Entry, in violation of 8 USC 1325, and sentenced to 60 days. Case # 2:2014mj03873.
>
> On May 25, 2009, the Dougherty County Police Department in Georgia arrested RODRIGUEZ-NAVARRO for Driving Without a License. Disposition is unknown.
>
> On December 25, 2007, the Warner Robins Police Department in Georgia arrested RODRIGUEZ-NAVARRO for Driving Under the Influence (DUI) and sentenced him to 12 months' probation.
>
> On January 22, 2006, the Cherokee County Sheriff's Office in Georgia arrested RODRIGUEZ-NAVARRO for DUI and sentenced him to 12 months' probation.

8. A review of electronic immigration records shows RODRIGUEZ-NAVARRO has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

10. Based on the above information, your affiant believes that RODRIGUEZ-NAVARRO is an alien who has been found in the United States in Jefferson County in the Western

District of Kentucky, in violation of 8 U.S.C. § 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

/s/ Erin Huffines
Erin Huffines
Special Agent
Homeland Security Investigations
Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1(a) by telephonic and email submission on this the _10_ day of March 2025.

Regina S. Edwards
United States Magistrate Judge

MAB;JELRo